# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
GSC Construction, Inc. ) ASBCA Nos. 58496, 58747, 58748
)
Under Contract No. N69450-07-C-1770 )

APPEARANCE FOR THE APPELLANT: William A. Scott, Esq.
Pedersen & Scott, P.C.
Charleston, SC

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Rawn M. James, Jr., Esq.
Senior Trial Attorney

## ORDER OF DISMISSAL

Theses appeals have been settled. Accordingly, they are hereby dismissed with prejudice.

Dated: 9 July 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58496, 58747, 58748, Appeals of GSC Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals